# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00541-002-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Alan Tadeo Rabago, | |
| Defendant. | |

Before the Court is Magistrate Judge Kimmins' Report and Recommendation (R&R) recommending that the District Court deny Defendant's Motion to Suppress Statements. The Parties have not filed any objections to the Report.

When reviewing a Magistrate Judge's Report and Recommendation, this Court "shall make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also Baxter v. Sullivan,* 923 F.2d 1391, 1394 (9th Cir. 1991) (citing *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979) (citing *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974)). Having reviewed the record in this case, the Court will adopt Magistrate Judge Kimmins' recommendation. *See* 28 U.S.C. § 636(b)(1); Fed.

R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

IT IS ORDERED that Judge Kimmins' R&R (Doc. 143) is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Amended First Motion to Suppress Statements (Doc. 127) is DENIED.

Dated this 23rd day of January, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge